AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**ADAM K. HAMILTON    CARROLL D. WILLS**

## CRIMINAL COMPLAINT

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __June 8, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant **HAMILTON** did, (Track Statutory Language of Offense) having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Stevens 12 gauge shotgun, a Mossberg .22 Long Rifle, a Tompson Center Contender .223, a Marlin 12 gauge shotgun, a Hanover Arms 12 gauge shotgun, a Winchester 7mm, a Remington .243 Winchester and defendants HAMILTON and WILLS did having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, ammunition, and did receive ammunition, which had been shipped and transported in interstate and foreign commerce, that is, 12 gauge shotgun shells, .36 caliber, Remington 223 caliber, Remington 30 carbine, and 243 caliber ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER JORDAN KATZ__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**    ☒ Yes    ☐ No

Signature of Complainant
**OFFICER JORDAN KATZ**
**SIXTH DISTRICT, MPD**

Sworn to before me and subscribed in my presence,

_____    at    __Washington, D.C.__
Date                                        City and State

_____        _____

**Name & Title of Judicial Officer**        **Signature of Judicial Officer**