**STATEMENT OF FACTS**

  On Wednesday, June 8, 2006, at about 6:20 p.m., sworn officers with the Metropolitan Police Department's Sixth District conducted a WALES/NCIC check on a pick up truck they saw in the 600 block of Division Avenue, N.E., Washington, D.C. The check revealed that the vehicle had been reported stolen on April 28, 2006 from Montgomery County, Maryland. Officers saw the truck again a short time later, unoccupied in the 300 block of 54th Street, N.E. Officers set up an observation post to observe the vehicle. Officers saw defendant Adam Hamilton go to the rear of the vehicle and make several movements with his hands and arms in the bed of the vehicle. Defendant Hamilton walked away from the vehicle, returned a short time later and drove off in the vehicle. Officers conducted a traffic stop. Officers opened the front driver's door, at which time defendant Hamilton stated that the vehicle was his. Defendant Carroll Wills was seated in back seat of the vehicle next to an open bag which contained multiple ammunition including, 12 gauge shotgun shells, .36 caliber, Remington 223 caliber, Remington 30 carbine, and 243 caliber ammunition. Officers asked everyone to exit the vehicle, at which time defendant Hamilton was placed under arrest. When defendant Wills exited the car, officers saw a clear plastic ball with a yellow cap. Inside the ball was a white rock substance. A portion of the white rock-like substance field tested positive for cocaine. Also recovered from next to where defendant Wills had been seated was a glass pipe. Officers placed defendant Wills under arrest. Recovered from under the front passenger seat of the vehicle was a Ruger .22 caliber revolver. Officers went to the rear of the vehicle and saw a green blanket covering objects. Officers lifted the blanket and saw multiple firearms. Officers recovered a Stevens Model 67 Series E 12 gauge shotgun, a Mossberg Model 341 .22 Long Rifle, a Tompson Center Contender .223, a Marlin Model 55 12 gauge shotgun, a Hanover Arms 12 gauge double barrel shotgun, a Winchester Model 70 7mm, a Remington Model 700 .243 Winchester. The WALES/NCIC check revealed that the vehicle is registered to defendant Hamilton. To the best of the undersigned officer's knowledge, defendants Adam Hamilton and Carroll Wills have previously been convicted in the State of Maryland, of crimes punishable by imprisonment for a term exceeding one year. Before filing this complaint, the officer reviewed at least one computer print-out of the defendants' criminal histories and it showed that the defendants had been convicted of such crimes. He wrote his initials on the computer print-outs that he reviewed, so that he would recognize them again in the future. To the best of this officer's knowledge, none of the firearms nor ammunition listed above, is manufactured in the District of Columbia.

            _____
            OFFICER JORDAN KATZ
            SIXTH DISTRICT, MPD

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF JUNE, 2006.

            _____
            U.S. MAGISTRATE JUDGE