**2006 FDC 011725**          File Date: **06/09/2006**

*06-mj-268-01*

### UNITED STATES Vs. ADAM HAMILTON

PDID #:

Lock up number:

# FiLED

**JUN 1 3** 2006

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

No Bond
6/12/06 1:45pm DIST - CT